UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Rev. June. 2013

SHENDEA ANDERSON, *et al.*,

Plaintiff(s),

- against -

KIRSCHENBAUM & PHILLIPS, P.C. and IRA R. SITZER,

Defendant(s).

------------------------------------------------------------x

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

__1:25__CV _10046_______(ER)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties **do not consent** to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case **is** to be tried to a jury.

3. Joinder of additional parties must be accomplished by __November 12, 2026__________.

4. Amended pleadings may be filed until __November 12, 2026________.

5. Interrogatories shall be served no later than _January 25, 2027___, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 **shall** apply to this case.

6. First request for production of documents, if any, shall be served no later than __~~October 21, 2026~~ November 4, 2026__.

7. Non-expert depositions shall be completed by __February 24, 2027____________

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than ____March 15, 2027_______________.

9. Requests to Admit, if any, shall be served no later than _____March 15, 2027_________.

10. Expert reports shall be served no later than __March 10, 2027_____.

11. Rebuttal expert reports shall be served no later than __March 24, 2027_____.

12. Expert depositions shall be completed by __April 14, 2027________.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** _April 14, 2027_________.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Valerie Figueredo.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for April 14, 2027, at 11 a.m. in Courtroom 619, 40 Centre Street, New York, NY 10007.

SO ORDERED.

Dated: New York, New York
October 14, 2026

Edgardo Ramos, U.S. District Judge